

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Bridgeport)

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    No. 3:06 CR 268 (JCH) |
| V. | : |
| | : |
| MIGUEL A. ACEVEDO, ET AL | :    November 2, 2006 |

## MOTION FOR THE WITHDRAWAL OF COUNSEL

The undersigned counsel, Atty. Erskine D. McIntosh, who on the above date has filed an Appearance for Mr. Miguel A. Acevedo in the above matter, moves this Court for an Order permitting the withdrawal of Atty. Charles E. Tiernan, III as counsel for the defendant, Mr. Acevedo, and for an Order permitting the undersigned to proceed in Atty. Tiernan's stead.

RESPECTFULLY SUBMITTED,

MIGUEL A. ACEVEDO
THE DEFENDANT

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO.: CT/9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, PC
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
203-787-9994
FAX-203-848-1213

**COUNSEL FOR THE DEFENSE**

## CERTIFICATION

This is to certify that the foregoing was sent on this 2nd day of November, 2006 to:

Atty. Gerald L. Harmon, Esquire
The Law Offices of Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Atty. Charles E. Tiernan, III
Lynch, Traub, Keefe & Errante
P.O. Box 1612
New Haven, CT 06506-1612

1

Atty. Peter D. Markle
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

Atty. Robert M. Spector
Atty. S. Dave Vatti
U.S. Attorney's Office
450 Main Street, Suite 328
Hartford, CT 06103

/ATTY. ERSKINE D. McINTOSH

17-1 Motion-For Withdrawal of Counsel

2